*Office Docket*, MS p. 111, c. 10. (Case 62 of 1820)

DANIEL D. JOHNSON *versus* BENJAMIN STEAD

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Motion for rule to plead overruled *p. 173; (2) motion for writ of procedendo overruled *p. 173; (3) leave to withdraw declaration granted *p. 173; (4) motion for writ of procedendo overruled *p. 174; (5) defendant's administrator ruled to appear *p. 258; (6) discontinued *p. 334.

PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) recognizance of special bail; (3) writ of habeas corpus; (4) transcript of county court record; (5) declaration; (6) precipe for subpoena; (7) subpoena.
*Office Docket*, MS p. 108, c. 7. Recorded in *Book A*, MS pp. 409–18.